UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-38005 |
|---|---|
| Jeffrey Scott Barrett | (Chapter 13) |
| Elizabeth Ann Barrett | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083255**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 26 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT<br>FIRST EXPRESS<br>BOX 856132<br>LOUISVILLE, KY  40285 | 23.62 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/14/2011

Certificate of Service  09-38005

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Jeffrey Scott Barrett<br>Elizabeth Ann Barrett<br>680 W. Market St.<br>Springboro, OH  45066 | RICHARD E WEST<br>195 E CENTRAL AVE<br>BOX 938<br>SPRINGBORO, OH  45066 | (41.1n)<br>HSBC BANK NEVADA NA<br>% BASS & ASSOCIATES<br>3936 E FT LOWELL ROAD STE 200<br>TUCSON, AZ  85712 |
| (43.1n)<br>HSBC FINANCE CORPORATION<br>BOX 829009<br>DALLAS, TX  75382 | (26.4)<br>Lane Bryant<br>c/o Spirit of America National Bank<br>PO Box 427<br>Milford, OH  45150 | (42.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>BOX 41067<br>NORFOLK, VA  23541 |
| (26.1)<br>SPIRIT OF AMERICA NATIONAL<br>BANK/LANE BRYANT<br>FIRST EXPRESS<br>BOX 856132<br>LOUISVILLE, KY  40285 | | |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      sv